UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIMMIE LEE JONES, JR.,<br><br>    Petitioner,<br><br>    v.<br><br>DOUG WADDINGTON,<br><br>    Respondent. | Case No. C05-1766-JCC-JPD<br><br>ORDER DISMISSING § 2254<br>PETITION WITHOUT PREJUDICE |

The Court, having reviewed petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation.

(2)  Petitioner's § 2254 petition is DISMISSED without prejudice. Petitioner's application for leave to proceed *in forma pauperis* (Dkt. #1) is DENIED as moot.

(3)  The Clerk is directed to send a copy of this Order to petitioner and to Judge Donohue.

DATED this 21st day of December, 2005.

John C. Coughenour
United States District Judge